UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JANELYS HERNANDEZ, *on behalf of herself and all* :
*others similarly situated*, :
: 23-CV-2659 (JMF)
Plaintiff, :
: ORDER
-v- :
:
THE FLOUR BOX, LLC, :
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Complaint in this case was filed with the Court on March 30, 2023, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on Defendant. In view of that and the lack of an appearance by Defendant, the initial pretrial conference currently scheduled for July 6, 2023, *see* ECF No. 5, is ADJOURNED to **August 10, 2023**.

Plaintiff is reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve the defendant with the summons and complaint within 90 days, absent good cause. If Plaintiff believes that Defendant has been served, Plaintiff shall promptly communicate with the Court, in writing, when and in what manner such service was made. If not, Plaintiff shall promptly file proof of service after service is made.

Finally, Plaintiff is directed (1) to notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **July 3, 2023**. If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: June 26, 2023
      New York, New York
                                                   JESSE M. FURMAN
                                                   United States District Judge