Case 1:23-cv-02659-JMF   Document 12   Filed 07/10/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JANELYS HERNANDEZ, *on behalf of herself and all others similarly situated*,

                        Plaintiff,

-v-

THE FLOUR BOX, LLC,

                        Defendant.

------------------------------------------------------------------------X

23-CV-2659 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       On July 5, 2023, the Court issued an Order requiring Plaintiff to show cause as to why she had failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 8. On July 7, 2023, counsel for Defendant filed a notice of appearance and an executed waiver of service, indicating that Defendant had received the waiver of service and a copy of the Complaint on June 26, 2023. ECF Nos. 9, 10. In light of that, the Court VACATES its Order to Show Cause (though the Clerk need not remove it from the docket). Additionally, the initial pretrial conference scheduled for August 10, 2023, is hereby ADJOURNED to **September 28, 2023, at 9:00 a.m.**

       The parties are reminded that they must contact Magistrate Judge Gorenstein no later than one week after an answer is filed in order to schedule a settlement conference to take place at least two weeks before the initial pretrial conference.

       SO ORDERED.

Dated: July 10, 2023
       New York, New York

                                                                           _____
                                                                             JESSE M. FURMAN
                                                                             United States District Judge