UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JANELYS HERNANDEZ, on behalf of herself
and all others similarly situated,

Case No. 1:23-cv-02659-JMF

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

-against-

THE FLOUR BOX, LLC

                    Defendant.
----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
            October 23, 2023

                                    Respectfully Submitted,

                                    */s/ Noor A. Saab, Esq.*
                                    By: Noor A. Saab Esq.
                                    *Attorney for Plaintiff*
                                    380 North Broadway, Penthouse West
                                    Jericho, New York 11753
                                    Tel: 718-740-5060
                                    Email: noorasaablaw@gmail.com


SO ORDERED

October 24, 2023

1